United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 21-02075-HWV
John J. Malec  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Dec 29, 2021  Form ID: pdf010  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John J. Malec, 4 Kings Ct., Nanticoke, PA 18634-3010 |
| 5437131 | + | City of Nanticoke, 15 E Ridge St, Nanticoke, PA 18634-2892 |
| 5437133 | | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 5437134 | | HAB-BPT/Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 5437135 | | LHR Inc., 56 Main St., Harrisburg, PA 14075-4905 |
| 5437128 | | Law Office of Brian E Manning, 502 S Blakely St, Dunmore, PA 18512-2237 |
| 5437136 | | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 N River St, Wilkes Barre, PA 18711-1004 |
| 5437137 | | Luzrerne County Treasurer, 200 N River St, Wilkes Barre, PA 18711-1004 |
| 5437127 | | Malec John J, 4 Kings Ct, Nanticoke PA 18634-3010 |
| 5437138 | | PNC Bank, NA, P.O. Box 747066, Pittsburgh, PA 15274-7066 |
| 5437141 | | Tate & Kirlin Assoc., 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 5437142 | | Tax Collector, City of Nanticoke, 15 E Ridge St, Nanticoke, PA 18634-2800 |
| 5437143 | | The CBE Group, Payment Processing Center, PO Box 2594, Waterloo, IA 50704-2594 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2021 18:38:00 | PNC Bank, NA., PO BOX 94982, Cleveland, OH 44101 |
| 5437130 | | Email/Text: legal@arsnational.com | Dec 29 2021 18:38:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 5437129 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Dec 29 2021 18:38:00 | Alliance One, 4850 Street Rd., Level C, Trevose, PA 19053-6643 |
| 5437132 | | Email/Text: mrdiscen@discover.com | Dec 29 2021 18:38:00 | Discover, P.O. Box71084, Charlotte, NC 28272-1084 |
| 5437133 | | Email/Text: crdept@na.firstsource.com | Dec 29 2021 18:38:00 | First Source Advantage, LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 5448914 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2021 18:38:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5437139 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2021 18:38:00 | PNC Bank, NA, P.O. Box 856177, Louisville, KY 40285-6177 |
| 5437140 | | Email/Text: signed.order@pfwattorneys.com | Dec 29 2021 18:38:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:

**Name** **Email Address**

Brian E Manning
on behalf of Debtor 1 John J. Malec BrianEManning@comcast.net G17590@notify.cincompass.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

Rebecca Ann Solarz
on behalf of Creditor PNC Bank NA. bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 5-21-bk-02075-HWV |
| JOHN J. MALEC | Chapter 13 |
| Debtor | |

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

Upon consideration of the Motion of the Debtor to dismiss his case pursuant to 11 U.S.C. §1397 (b), and copies of the Motion having been served upon the Chapter 13 Trustee and the Office of the United States Trustee, it is hereby

ORDERED that the above captioned case is DISMISSED.

Dated: December 28, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (MS)